UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**Plaintiff / Petitioner:**

Nathaniel Agudelo on behalf of himself and others similarly situated

**Defendant / Respondent:**

Recovco Mortgage Management LLC, Sprout Mortgage LLC, and Michael Strauss

STATE OF NEW YORK )
)SS:
COUNTY OF NASSAU )

**AFFIDAVIT OF SERVICE**

Case 2:22-cv-04004-JMA-LGD

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides in New York State. That on Thu, Jul 14 2022 AT 02:51 PM AT 90 MERRICK AVENUE Suite 505, EAST MEADOW, NY 11554 deponent served the within SUMMONS IN A CIVIL ACTION and CLASS AND COLLECTIVE ACTION COMPLAINT bearing Case 2:22-cv-04004-JMA-LGD upon MICHAEL STRAUSS defendant therein named.

[ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

[X] **Corporation:** a defendant, therein named, by delivering a true copy of each to LISA H. personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be Operations Manager/Authorized to Accept Service; thereof.

[ ] **Suitable Person:** by delivering thereat, a true copy of each to _____ a person of suitable age and discretion.

[ ] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

[ ] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper marked personal and confidential properly addressed to said defendant at defendant's last known residence, _____, to be mailed by first class mail and depositing said wrapper in a post office, official depository, under the exclusive care and custody of the United States Post Office department, with New York State. Mailed on _____.

[ ] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and the ground of my belief are the conversations and observations narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
Age: 50   Skin Color: Caucasian   Gender: Female   Weight: 135
Height: 5'4"   Hair: Brown   Eyes: Brown   Relationship: Operations Manager/Authorized to Accept Service
Other: Glasses

Richard Schultz

Sworn to before me on 7-19-22

Notary Public

GINA MARIE EANNUCCI
Notary Public - State of New York
NO. 01EA5075334
Qualified in Nassau County
My Commission Expires Mar 31, 2023