## CONSENT TO SUE UNDER FAIR LABOR STANDARDS ACT

I, Brent Adams, am a former employee of Sprout Mortgage LLC and its owners and managers. I consent to be a plaintiff in the above-captioned action to collect unpaid wages and other compensation arising out of my employers' violation of the labor law.

Dated: New York, NY
        8/30, 2022

                                                            Brent Adams