## CONSENT TO SUE UNDER FAIR LABOR STANDARDS ACT

I, Marjorie Diaz, am a former employee of Sprout Mortgage LLC and its owners and managers. I consent to be a plaintiff in the above-captioned action to collect unpaid wages and other compensation arising out of my employers' violation of the labor law.

Dated: New York, NY
8-31-, 2022

_____
Marjorie Diaz