UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------- x
NATHANIEL AGUDELO, HELEN : Civil Action No. 22-cv-4004
OWENS, HOLLY KEITH, and :
AMANDA COOPER, on behalf of :
themselves and others similarly situated :
:
      *Plaintiffs, and Lead* : **STIPULATION**
      *Plaintiffs for the* :
      *Proposed Class,* :
v. :
:
RECOVCO MORTGAGE :
MANAGEMENT LLC, SPROUT :
MORTGAGE LLC, MICHAEL x
STRAUSS, CHRISTOPHER WRIGHT,
and ELLIOT SALZMAN
      *Defendants*
-------------------------------------------------

Defendants hereby accept service of Plaintiffs' Second Amended Complaint in the above-captioned action.

Dated: New York, New York
      November ____, 2022

                                                    JACKSON LEWIS P.C.
                                                    By: _____
                                                         Pietro Deserio
                                                         Marc Wenger
                                                         58 South Service Road
                                                          Suite 250
                                                          Melville, NY 11747
                                                          631-247-0404
                                                          Pietro.deserio@jacksonlewis.com
                                                          Marc.wenger@jacksonlewis.com