# JacksonLewis

**Jackson Lewis P.C.**
58 South Service Road, Suite 250
Melville NY 11747
(631) 247-0404 Main
(631) 247-0417 Fax
jacksonlewis.com

MY DIRECT DIAL IS: (631) 247-4670
MY EMAIL ADDRESS IS: Diane.Krebs@JACKSONLEWIS.COM

December 21, 2022

**VIA ECF**

Hon. Joan M. Azrack, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        Re:   *Agudelo v. Recovco Mortgage Management LLC et al.*,
              E.D.N.Y. Case No. 22-04004

Dear Judge Azrack:

      We represent all Defendants in the above-referenced matter. We write on behalf of all parties, with opposing counsel's consent, in response to Your Honor's electronic order of December 14, 2022, which asked the parties to propose a briefing schedule for Defendants' motion to dismiss two of the individual Defendants.

      After consultation, and in the interest of resolving this putative class action, all counsel would respectfully like to request a slightly different path. The parties currently are engaged in serious and extensive settlement negotiations, and for now they prefer to preserve their resources for settlement instead of spending them on active litigation. Accordingly, the parties respectfully request that the putative motion to dismiss, as well as Plaintiffs' putative motion to lift the stay of discovery, be stayed for the time being. This will allow Defendants not only to maximize the available settlement funds but also to devote their full efforts to settlement and not split their attention between settlement and active litigation.

      Should the Court grant this request, the parties propose that the January 17, 2023 status report already ordered by Magistrate Judge Dunst on December 2, 2022, also serve as an update to Your Honor regarding the status of the parties' settlement negotiations.

      Should the Court deny the parties' application, the parties respectfully request a very short extension of time to provide a briefing schedule and for Defendants to respond to Plaintiffs' letter motion requesting a conference (ECF no. 29).

Thank you in advance for your consideration of this request. Should you desire or require any additional information, please let the parties know.

Respectfully submitted,

JACKSON LEWIS P.C.

*/s/ Diane Krebs*

Diane Krebs

4865-6566-5605, v. 1