**CONSENT TO SUE UNDER FAIR LABOR STANDARDS ACT**

I, Zorica Rosu, am a former employee of Sprout Mortgage LLC and its owners and managers. I consent to be a plaintiff in the above-captioned action to collect unpaid wages and other compensation arising out of my employers' violation of the labor law.

Dated:
January 17, 2023

_____
Zorica Rosu