MENKEN SIMPSON & ROZGER LLP

80 PINE STREET, 33RD FLOOR
NEW YORK, NEW YORK 10005

TELEPHONE: (212) 509-1616
FACSIMILE: (212) 509-8088
WWW.NYEMPLOYEELAW.COM

BRUCE E. MENKEN
SCOTT SIMPSON
JASON J. ROZGER △
BRENNA RABINOWITZ
RAYA F. SAKSOUK

△ ALSO ADMITTED NJ

ALAN SERRINS
OF COUNSEL

January 17, 2023

**Via ECF**
Hon. Lee G. Dunst, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Agudelo v. Recovco Mortgage Management LLC et al.,* No. 22 Civ. 4004
Update to the Court

Dear Judge Dunst:

The parties write pursuant to the Court's December 2, 2022, direction to provide the Court with an update on the status of the above-captioned matter.

**History of Settlement Discussions**

The parties first discussed settlement on August 26, 2022, and agreed that in order for Plaintiffs to convey a meaningful settlement demand, Defendants would need to produce certain payroll and other financial documents. Plaintiffs' counsel provided defense counsel a set of informal discovery requests on August 30, 2022. Defendants produced payroll documents on September 27, 2022, and Plaintiffs shared their draft damages calculation with Defendants on October 26, 2022.

Defendants further produced corporate financial documents on October 14, 2022, and produced documents concerning the assets of Defendant Michael Strauss on a rolling basis during November and December 2022.

On November 28, 2022, Defendants conveyed an all-inclusive offer of settlement.

**Current Status**

On November 17, 2022, Plaintiffs retained Richard Barber, CPA, an experienced forensic accountant, to review and opine on all financial documents that had been produced by Defendants. Mr. Barber required additional documents to offer an informed opinion on Defendants' financial status, and Plaintiffs made several additional document requests which were partially fulfilled by Defendants. Mr. Barber's review and analysis was finished on or about January 5, 2023.

Following Plaintiffs' review of financial documents produced by Defendants and Mr. Barber's extensive analysis, Plaintiffs provided portions of their analysis to Defendants on January 11, 2023. The parties have agreed to meet in person to further discuss a potential settlement[1] on Thursday, January 19, 2023.

The parties request to provide another update to the Court on Tuesday, January 24, 2023.

Respectfully submitted,

*/s/ Brenna Rabinowitz*
Brenna Rabinowitz
Menken Simpson & Rozger LLP
80 Pine Street, 33rd Floor
New York, NY 10005
(212) 509-1616
brabinowitz@nyemployeelaw.com

cc: All counsel (by ECF)

---

[1] Plaintiffs have entered a Joint Prosecution Agreement for purposes of the instant settlement discussions with counsel for the proposed classes in *Boyer v. Sprout, Recovco, & Strauss*, Case No. 37-2022-00029036-CU-OE-CTL pending in California Superior Court, San Diego County; and *Sawyer and Harvey v. Sprout, Recovco, Strauss & Pallante*, Case No. 30-2022-01271017-CU-OE-CXC, pending in California Superior Court, Orange County (together, the "California Actions."). It is anticipated that any settlement reached at this stage of the proceedings would universally settle all claims asserted in the instant proceeding and the California Actions.