UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Lee G. Dunst<br>U.S. MAGISTRATE JUDGE<br>Deputy: Chelsea Tirado |
| **DATE:** | **February 1, 2023** |
| **TIME:** | **12:00PM** |
| **FORMAT:** | ☐ In Person    ☒ Video Conference    ☐ Telephone Conference |
| **DOCKET NUMBER(S):** | **22-CV-4004 (JMA)(LGD)** |
| **NAME OF CASE(S):** | Agudelo v. Recovco Mortgage Management LLC et al |
| **FOR PLAINTIFF(S):** | Bruce E. Menken, Scott Evan Simpson, Brenna Ellen Stewart Rabinowitz |
| **FOR DEFENDANT(S):** | Marc S. Wenger |
| **NEXT CONFERENCE(S):** | N/A |
| **FTR/COURT REPORTER:** | N/A |

### RULINGS FROM SETTLEMENT CONFERENCE:

Case not settled at this time. Settlement discussions continuing. The parties shall provide the Court with a joint status report no later than 2/15/2023.

SO ORDERED

/s/ Lee G. Dunst
LEE G. DUNST
United States Magistrate Judge