UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

NATHANIEL AGUDELO, HELEN OWENS, HOLLY KEITH, and AMANDA COOPER, on behalf of themselves and other similarly situated,

    *Plaintiffs, and Lead Plaintiffs for the Proposed Class*,

-v-

RECOVCO MORTGAGE MANAGEMENT LLC, SPROUT MORTGAGE LLC, MICHAEL STRAUSS, CHRISTOPHER WRIGHT, and ELLIOT SALZMAN,

    *Defendants*.

-------------------------------------------------------------X

Civil No.: 22-cv-4004

## MOTION TO WITHDRAW AS COUNSEL

To the Clerk of this Court and all parties of record:

**PLEASE TAKE NOTICE THAT,** pursuant to Local Rule 1.4, counsel for Defendants RECOVCO MORTGAGE MANAGEMENT LLC, SPROUT MORTGAGE LLC, and MICHAEL STRAUSS, CHRISTOPHER WRIGHT and ELLIOT SALZMAN (collectively "Defendants"), respectfully moves this Court for an Order withdrawing Pietro Deserio, Esq. as counsel for Defendant. This request is appropriate because, effective January 20, 2023, Pietro Deserio, Esq. is no longer employed by Jackson Lewis, P.C. Defendants will continue to be represented by Marc S. Wenger, Esq. and Diane Krebs, Esq.

WHEREFORE, counsel for Defendant respectfully requests that the Court grant this Motion and withdraw the appearance of Pietro Deserio, Esq. in this case.

Dated: Melville, New York
       February 6, 2023

                                      Respectfully Submitted,

                                      JACKSON LEWIS P.C.

                                      *ATTORNEYS FOR DEFENDANTS*
                                      58 South Service Road, Suite 250
                                      Melville, New York 11747
                                      (631) 247-0404
                                      diane.krebs@jacksonlewis.com

                    By:    s/ *Diane Krebs, Esq.*
                                      Diane Krebs, Esq.