**MENKEN SIMPSON & ROZGER LLP**

80 PINE STREET, 33RD FLOOR
NEW YORK, NEW YORK 10005

TELEPHONE: (212) 509-1616
FACSIMILE: (212) 509-8088
WWW.NYEMPLOYEELAW.COM

BRUCE E. MENKEN
SCOTT SIMPSON
JASON J. ROZGER ᐃ
BRENNA RABINOWITZ
RAYA F. SAKSOUK

ᐃ ALSO ADMITTED NJ

ALAN SERRINS
OF COUNSEL

February 15, 2023

**Via ECF**
Hon. Lee G. Dunst, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Agudelo v. Recovco Mortgage Management LLC et al.,* No. 22 Civ. 4004
Update to the Court

Dear Judge Dunst:

    The parties write pursuant Your Honor's February 1, 2023, direction to provide an update to the Court by today's date. The parties have continued to engage in vigorous settlement negotiations, including by phone this afternoon, and have made some progress toward reaching an agreement in principle. We request to continue negotiations through the end of this week and to provide a status update to the Court on Tuesday, February 21, 2023.

                                               Respectfully submitted,

                                               */s/ Scott Simpson*
                                               Scott Simpson
                                               Menken Simpson & Rozger LLP
                                               80 Pine Street, 33rd Floor
                                               New York, NY 10005
                                               (212) 509-1616
                                               ssimpson@nyemployeelaw.com

cc: All counsel (by ECF)