MENKEN SIMPSON & ROZGER LLP

80 PINE STREET, 33RD FLOOR
NEW YORK, NEW YORK 10005

TELEPHONE: (212) 509-1616
FACSIMILE: (212) 509-8088
WWW.NYEMPLOYEELAW.COM

BRUCE E. MENKEN
SCOTT SIMPSON
JASON J. ROZGER ᴬ
BRENNA RABINOWITZ
RAYA F. SAKSOUK

ᴬ ALSO ADMITTED NJ

ALAN SERRINS
OF COUNSEL

February 24, 2023

**Via ECF**
Hon. Lee G. Dunst, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Agudelo v. Recovco Mortgage Management LLC et al.,* No. 22 Civ. 4004
Update to the Court

Dear Judge Dunst:

     The parties write pursuant Your Honor's February 16, 2023, direction to provide an update to the Court by today's date.

     The parties made progress since our last update and would like to continue negotiating. The parties are working through a number of issues in trying to achieve a global resolution of claims. Defendants expect to make a counteroffer today or Monday. The parties would like to update the Court on or before March 6, 2023.

                                                     Respectfully submitted,

                                                     */s/ Scott Simpson*
                                                     Scott Simpson
                                                     Menken Simpson & Rozger LLP
                                                     80 Pine Street, 33rd Floor
                                                     New York, NY 10005
                                                     (212) 509-1616
                                                     ssimpson@nyemployeelaw.com

cc: All counsel (by ECF)