# MENKEN SIMPSON & ROZGER LLP

80 PINE STREET, 33RD FLOOR
NEW YORK, NEW YORK 10005

TELEPHONE: (212) 509-1616
FACSIMILE: (212) 509-8088
WWW.NYEMPLOYEELAW.COM

BRUCE E. MENKEN
SCOTT SIMPSON
JASON J. ROZGER ᐃ
BRENNA RABINOWITZ
RAYA F. SAKSOUK

ᐃ ALSO ADMITTED NJ

ALAN SERRINS
OF COUNSEL

March 22, 2023

**<u>Via ECF</u>**
Hon. Lee G. Dunst, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Agudelo v. Recovco Mortgage Management LLC et al.,* No. 22 Civ. 4004
<u>Update to the Court</u>

Dear Judge Dunst:

  The parties write pursuant Your Honor's March 7, 2023, direction to provide an update to the Court by March 21, 2023. Please accept the parties' sincere apologies for this delayed filing.

  The parties have reached a settlement in principle and defense counsel is in the process of drafting a memorandum of understanding in preparation for drafting the full settlement agreement. Plaintiffs' counsel are drafting a motion to amend the operative complaint to consolidate three related California class actions with the instant litigation. The motion to amend will be filed contemporaneously with and contingent upon approval of the parties' motion for preliminary approval of the settlement. We request that the Court order that the parties file the motion for preliminary approval and motion to amend on or before April 14, 2023.

                       Respectfully submitted,

                       */s/ Brenna Rabinowitz*
                       Brenna Rabinowitz
                       Menken Simpson & Rozger LLP
                       80 Pine Street, 33rd Floor
                       New York, NY 10005
                       (212) 509-1616

cc: All counsel (by ECF)            brabinowitz@nyemployeelaw.com