MENKEN SIMPSON & ROZGER LLP

80 PINE STREET, 33RD FLOOR
NEW YORK, NEW YORK 10005

TELEPHONE: (212) 509-1616
FACSIMILE: (212) 509-8088
WWW.NYEMPLOYEELAW.COM

BRUCE E. MENKEN
SCOTT SIMPSON
JASON J. ROZGER △
BRENNA RABINOWITZ
RAYA F. SAKSOUK

△ ALSO ADMITTED NJ

ALAN SERRINS
OF COUNSEL

May 4, 2023

**Via ECF**
Hon. Lee G. Dunst, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Agudelo v. Recovco Mortgage Management LLC et al.,* No. 22 Civ. 4004

Dear Judge Dunst:

     The parties write in response to the Court's May 2, 2023, directive to submit a further status report as to whether all parties consent to Your Honor adjudicating the motions the parties plan to file on May 10.

     The parties apologize for the confusion caused by our premature representation of April 25, 2023, and would like to clarify that we will be submitting the upcoming motions to Judge Azrack, the district court judge assigned to the case.

                                                                      Respectfully submitted,

                                                                      */s/ Scott Simpson*
                                                                      Scott Simpson

cc: All counsel (by ECF)