**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------- x
NATHANIEL AGUDELO, HELEN :
OWENS, HOLLY KEITH, and :
AMANDA COOPER, on behalf of :
themselves and others similarly situated :
　:
　　　*Plaintiffs, and Lead* : Civil Action No. 22-cv-4004
　　　*Plaintiffs for the* :
　　　*Proposed Class,* :
　　　　　　　　　　　　　　　 : **NOTICE OF MOTION FOR**
 v. : **PRELIMINARY APPROVAL OF**
RECOVCO MORTGAGE : **SETTLEMENT**
MANAGEMENT LLC, SPROUT :
MORTGAGE LLC, MICHAEL x
STRAUSS, CHRISTOPHER WRIGHT,
and ELLIOT SALZMAN
　　　*Defendants*
----------------------------------------------

**To:**　Marc Wenger, Esq.
　　　Jackson Lewis P.C.
　　　58 South Service Rd.
　　　Suite 250
　　　Melville, NY 11747

**PLEASE TAKE NOTICE** that upon the attached Declaration of Bruce Menken, dated June 1, 2023, and the exhibits annexed thereto, the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Approval, and upon all prior pleadings and proceedings herein, all Plaintiffs, through their attorneys, Menken Simpson & Rozger LLP, will move this Court before the Honorable Joan M. Azrack, United States District Judge, at the United States Courthouse, 100 Federal Plaza, Central Islip, NY 11722, Courtroom 830, for an Order certifying this case as a collective action pursuant to 29 U.S.C. § 216(b), preliminarily approving the settlement reached by the parties herein, and for any other such relief as the Court finds just and proper.

| | |
|---|---|
| Dated: New York, New York<br>June 1, 2023 | */s/ Bruce Menken*<br>Bruce Menken<br>Scott Simpson<br>Brenna Rabinowitz<br>Menken Simpson & Rozger LLP<br>*Attorneys for Plaintiffs*<br>80 Pine Street<br>New York, NY 10005<br>Tel: 212-509-1616<br>Fax: 212-509-8088 |