**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x

NATHANIEL AGUDELO, HELEN OWNES,
HOLLY KEITH, and AMANDA COOPER, on
behalf of themselves and others similarly
situated,

              *Plaintiffs, and Lead*
              *Plaintiffs for the*
              *Proposed Class*

              -against-

RECOVCO MORTGAGE MANAGEMENT
LLC, SPROUT MORTGAGE LLC, MICHAEL
STRAUSS, CHRISTOPHER WRIGHT, and
ELLIOT SALZMAN,

              *Defendants.*

Civ. No.: 22-cv-4004

-------------------------------------------------------------------x

**NOTICE OF SUGGESTION OF BANKRUPTCY FOR**
***SPROUT MORTGAGE, LLC*** **AND**
<u>**AUTOMATIC STAY OF PROCEEDINGS**</u>

    **PLEASE TAKE NOTICE** that, on July 7, 2023, an involuntary petition against Sprout Mortgage, LLC ("Debtor") was filed under chapter 7 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "<u>Bankruptcy Code</u>"), in the United States Bankruptcy Court for the Eastern District of New York (the "<u>Bankruptcy Court</u>"). A copy of the involuntary petition against the Debtor is attached hereto as **<u>Exhibit A</u>**.

    **PLEASE TAKE FURTHER NOTICE** that pursuant to section 362(a) of the Bankruptcy Code, the filing of the involuntary petition against Debtor gives rise to a stay of among other things: (a) the commencement or continuation of any judicial, administrative, or other action or proceeding against the Debtor (i) that was or could have been commenced before the commencement of the Bankruptcy Court case or (ii) to recover a claim against the Debtor that arose before the commencement of the Bankruptcy Court case; (b) the enforcement, against the Debtor or against any property of the Debtor's bankruptcy estates, of a judgment obtained prior to

the commencement of the Bankruptcy Court case; and (c) any act to obtain possession of property of or from any of the Debtor's bankruptcy estates, or to exercise control over property of any of the Debtor's bankruptcy estates.[1] No order has been entered in the Bankruptcy Court case granting relief from the automatic stay.

**PLEASE TAKE FURTHER NOTICE** that additional information regarding the status of the Debtor's Bankruptcy Court case may be obtained by visiting the Court's website at https://www.nyeb.uscourts.gov/ (PACER login and password required) in accordance with the procedures and fees set forth therein.

**PLEASE TAKE FURTHER NOTICE** that contempt proceedings may be initiated against any party who participates in a violation of the automatic stay, and, pursuant to the provisions of the Bankruptcy Code, the Bankruptcy Court may award actual damages, including costs and attorneys' fees (and, in some circumstances, punitive damages) to compensate the Debtor for losses arising out of violations of the automatic stay.

**WHEREFORE**, the Debtor therefore requests that the above-captioned matter be taken off the Court's active calendar pending resolution of the Debtor's Bankruptcy Court case.

Dated: Melville, New York
       July 12, 2023

                                    Respectfully submitted,

                                    JACKSON LEWIS P.C.
                                  *ATTORNEYS FOR DEFENDANTS*
                                  58 South Service Rd., Ste. 25-
                                  Melville, New York 11747
                                  (631) 247-4660
                                  *marc.wenger@jacksonlewis.com*

                        By:  s/ *Marc S. Wenger*
                                  Marc S. Wenger, Esq.

---

[1] Nothing herein shall constitute a waiver of the Debtor's rights to assert any claims, counterclaims, defenses, rights of setoff or recoupment, or any other claims against any party to the above-captioned cases. The Debtor expressly reserve all rights to contest any claims that may be asserted against the Debtor.

# EXHIBIT A

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Eastern__ District of __New York__
(State)

Case number (If known): _____ Chapter __7__

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual                    12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   *Check one:*

   ☒ Chapter 7
   ☐ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's name**    Sprout Mortgage, LLC

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**

   ☐ Unknown

   __ __ - __ __ __ __ __ __ __
   EIN

5. **Debtor's address**

   **Principal place of business**

   90 Merrick Avenue
   Number    Street

   _____

   Fresh Meadows          NY      11554
   City                   State   ZIP Code

   Nassau County
   County

   **Mailing address, if different**

   Number    Street

   P.O. Box

   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number    Street

   City    State    ZIP Code

Official Form 205                Involuntary Petition Against a Non-Individual                page 1

Debtor   Sprout Mortgage, LLC
         Name                                                          Case number (if known) _____

6. Debtor's website (URL)   _____

7. Type of debtor
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other type of debtor. Specify: _____

8. Type of debtor's business

   Check one:

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☒ None of the types of business listed.
   ☐ Unknown type of business.

9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?

   ☒ No
   ☐ Yes. Debtor _____ Relationship _____
     District _____ Date filed _____ Case number, if known _____
                                 MM / DD / YYYY

     Debtor _____ Relationship _____
     District _____ Date filed _____ Case number, if known _____
                                 MM / DD / YYYY

**Part 3:   Report About the Case**

10. Venue

    Check one:

    ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

11. Allegations

    Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
    The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

    *At least one box must be checked:*

    ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

    ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

12. Has there been a transfer of any claim against the debtor by or to any petitioner?

    ☒ No
    ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Official Form 205                          Involuntary Petition Against a Non-Individual                          page 2

Debtor  Sprout Mortgage, LLC  
       Name

Case number (if known) _____

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| New Wave Leanding Group, Inc. | Flow Mortgage Loan Purchase and Sale Agreement. | $ 561,501.60 |
| JMJ Financial Group | Flow Mortgage Loan Purchase and Sale Agreement. | $ 198,670 |
| EF Mortgage LLC | Flow Mortgage Loan Purchase and Sale Agreement. | $ 585,475.40 |
| | Total of petitioners' claims | $ 1,345,647 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner

New Wave Lending Group, Inc.  
Name

1199 Fairway Drive  
Number  Street

City of Industry    California    91789  
City      State      ZIP Code

Name and mailing address of petitioner's representative, if any

_____  
Name

_____  
Number  Street

_____  
City    State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 06/30/2023  
            MM / DD / YYYY

X _____ CEO  
Signature of petitioner or representative, including representative's title

**Attorneys**

ALBENA PETRAKOV  
Printed name

Offit Kurman  
Firm name, if any

590 Madison Ave, 6th Floor  
Number  Street

New York    NY    10022  
City      State      ZIP Code

Contact phone 212-380-4106    Email apetrakov@offitkurman.com

Bar number 4823274

State NY

X _____  
Signature of attorney

Date signed 07/03/2023  
           MM / DD / YYYY

Debtor: Sprout Mortgage, LLC
Name

Case number (if known) _____

**Name and mailing address of petitioner**

EF Mortgage LLC
Name

711 Third Avenue, Suite 501
Number  Street

New York / New York / 10017
City / State / ZIP Code

ALBENA PETRAKOV
Printed name

Offit Kurman
Firm name, if any

590 Madison Ave, 6th Floor
Number  Street

New York / NY / 10022
City / State / ZIP Code

Contact phone 212-380-4106   Email apetrakov@offitkurman.com

Bar number _____

State _____

**Name and mailing address of petitioner's representative, if any**

Name _____

Number  Street _____

City / State / ZIP Code _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___ / ___ / ___
MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

✗ _____
Signature of attorney

Date signed ___ / ___ / ___
MM / DD / YYYY

---

**Name and mailing address of petitioner**

JMJ Financial Group
Name

26800 Aliso Viejo Parkway, Suite 200
Number  Street

Aliso Viejo, / California / 92656
City / State / ZIP Code

Albena Petrakov
Printed name

Offit Kurman
Firm name, if any

590 Madison Ave, 6th Floor
Number  Street

New York / NY / 10022
City / State / ZIP Code

Contact phone _____   Email _____

Bar number 4823274

State NY

**Name and mailing address of petitioner's representative, if any**

Virgil Kyle
Name

26800 Aliso Viejo Pkwy suite 200
Number  Street

Aliso Viejo / CA / 92656
City / State / ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 07 / 01 / 2023
MM / DD / YYYY

✗ [signature]
Signature of petitioner or representative, including representative's title

✗ [signature]
Signature of attorney

Date signed 07/03/2023
MM / DD / YYYY

Official Form 205    Involuntary Petition Against a Non-Individual    page 4

Debtor  Sprout Mortgage, LLC
        Name

Case number (if known) _____

---

**Name and mailing address of petitioner**

EF Mortgage LLC
Name

711 Third Avenue, Suite 501
Number   Street

New York          New York        10017
City              State           ZIP Code

**Name and mailing address of petitioner's representative, if any**

Daniel Margolis c/o Ellington Management Group
Name

711 Third Ave, Suite 501
Number   Street

New York          NY              10017
City              State           ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/30/2023
             MM / DD / YYYY

X _____  General Counsel
Signature of petitioner or representative, including representative's title

---

ALBENA PETRAKOV
Printed name

Offit Kurman
Firm name, if any

590 Madison Ave, 6th Floor
Number   Street

New York              NY          10022
City                  State       ZIP Code

Contact phone  212-380-4106   Email  apetrakov@offitkurman.com

Bar number    4823274

State         NY

X _____
Signature of attorney

Date signed  07/03/2023
             MM / DD / YYYY

---

**Name and mailing address of petitioner**

JMJ Financial Group
Name

26800 Aliso Viejo Parkway, Suite 200
Number   Street

Alio Viejo,        California      92656
City               State           ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City              State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _____
             MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

---

Albena Petrakov
Printed name

Offit Kurman
Firm name, if any

590 Madison Ave, 6th Floor
Number   Street

New York              NY          10022
City                  State       ZIP Code

Contact phone  _____   Email  _____

Bar number    _____

State         _____

X _____
Signature of attorney

Date signed  _____
             MM / DD / YYYY

---

Official Form 205        Involuntary Petition Against a Non-Individual        page 4

## CERTIFICATE OF SERVICE

      I hereby certify that on July 12, 2023, **DEFENDANT SPROUT MORTGAGE LLC'S NOTICE OF SUGGESTION OF BANKRUPTCY FOR *SPROUT MORTGAGE, LLC* AND AUTOMATIC STAY OF PROCEEDINGS** was electronically filed with the Clerk of the Court using the CM/ECF System and caused to be served in accordance with the Federal Rules of Civil Procedure and the Eastern District's Local Rules, addressed to:

BRUCE E. MENKEN, ESQ.
MENKEN SIMPSON & ROZGER LLP
*ATTORNEYS FOR PLAINTIFFS*
80 Pine St., 33rd Floor
New York, NY 10005
bmenken@nyemployeelaw.com

/s/ *Marc S. Wenger*
Marc S. Wenger, Esq.

4883-2753-9055, v. 1