**JacksonLewis**

Jackson Lewis P.C.
58 South Service Road, Suite 250
Melville NY  11747
(631) 247-0404 Main
(631) 247-0417 Fax
jacksonlewis.com

MY DIRECT DIAL IS: (631) 247-4660
MY EMAIL ADDRESS IS:  MARC.WENGER@JACKSONLEWIS.COM

November 22, 2023

**VIA ECF**

Hon. Joan M. Azrack, U.S.D.J.
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re:    <u>Agudelo v. Recovco Mortgage Mgmt. LLC, et al.</u>
            <u>Case No. 22-cv-4004</u>

Dear Judge Azrack:

      As counsel for Defendants in the above matter, we write jointly with counsel for Plaintiffs to provide the following status report.  In the Parties' prior report dated November 3, 2023, the Parties advised the Court that the Bankruptcy Trustee's motion to revoke the class action settlement was scheduled to be heard on or about November 15, 2023.  That motion is now scheduled for November 29, 2023.  The Parties' respective positions remain as set forth in their prior report.

      Respectfully submitted,

      *s/ Marc S. Wenger*

      Marc S. Wenger, Esq.

MSW/pr
cc: All Counsel (via ECF)

4895-6878-1714, v. 1