UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

NATHANIEL AGUDELO, HELEN OWENS, HOLLY KEITH, and AMANDA COOPER, on behalf of themselves and other similarly situated,

    *Plaintiffs, and Lead Plaintiffs for the Proposed Class*,

    -v-

RECOVCO MORTGAGE MANAGEMENT LLC, SPROUT MORTGAGE LLC, MICHAEL STRAUSS, CHRISTOPHER WRIGHT, and ELLIOT SALZMAN,

    *Defendants*.

-----------------------------------------------------------------X

Civil No.: 22-cv-04004

## CERTIFICATE OF SERVICE

    I hereby certify that on this 9th day of January 2024, the Order of the Court dated January 9, 2024 permitting the undersigned and other attorneys of Jackson Lewis P.C. to withdraw as counsel for Defendants in the above-captioned action was served via email and UPS Overnight mail upon the following parties and participants:

Michael Strauss
c/o: Recovco Mortgage Management LLC
Sprout Mortgage LLC
367 Great Plains Rd.
Southampton, NY 11968
**straussmi@aol.com**

Shea Pallante
1165 Waller Road
Brentwood, TN 37027
**sheapallante@gmail.com**

Christopher Wright
15 Paul Street
Port Jefferson Station, NY 11776
**christine.rjkaufmanlaw@gmail.com**

Elliot Salzman
12156 Cedar Trace Drive N
Jacksonville, FL 32246
**elliot.salzman@gmail.com**

                                            /s/ *Marc S. Wenger*
                                            Marc S. Wenger, Esq.

4875-4339-2667, v. 1