MENKEN SIMPSON & ROZGER LLP

80 PINE STREET, 33RD FLOOR
NEW YORK, NEW YORK 10005

TELEPHONE: (212) 509-1616
FACSIMILE: (212) 509-8088
WWW.NYEMPLOYEELAW.COM

BRUCE E. MENKEN
SCOTT SIMPSON
JASON J. ROZGER ▲
BRENNA RABINOWITZ
RAYA F. SAKSOUK

▲ ALSO ADMITTED NJ

ALAN SERRINS
OF COUNSEL

February 9, 2024

**Via ECF**
Hon. Lee G. Dunst, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Agudelo v. Recovco Mortgage Management LLC et al.,* No. 22 Civ. 4004
Status Update

Dear Judge Dunst:

    I write jointly on behalf of Plaintiffs and Defendants Salzman and Wright pursuant to the Court's January 9, 2024 order directing the parties to file a joint status update by February 9, 2024.

    The parties await Judge Azrack's briefing schedule concerning the parties' various motions, as set forth in ECF No. 230 (filed today). As the Court has directed, the parties will provide an update to the Court on February 29, 2024.

    Mr. Salzman has asked me to relay the following: "I have filed a Motion to Stay Discovery per Judge Azrack's 1/31/24 Order and would appreciate the court reviewing this motion prior to issuing any discovery schedule."

                                                                     Respectfully submitted,

                                                                   */s/ Scott Simpson*
                                                                     Scott Simpson

cc: All parties (by electronic mail)