# MENKEN SIMPSON & ROZGER LLP

80 PINE STREET, 33RD FLOOR
NEW YORK, NEW YORK 10005

TELEPHONE: (212) 509-1616
FACSIMILE: (212) 509-8088
WWW.NYEMPLOYEELAW.COM

BRUCE E. MENKEN
SCOTT SIMPSON
JASON J. ROZGER △
BRENNA RABINOWITZ
RAYA F. SAKSOUK

△ ALSO ADMITTED NJ

ALAN SERRINS
OF COUNSEL

February 12, 2024

**VIA ECF**
Hon. Joan M. Azrack
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   *Agudelo et. al. v. Recovco Mortgage Management LLC et. al.*
       Case No. 22-cv-4004

Dear Judge Azrack:

This law firm represents Plaintiffs in the above-captioned matter. I write to amend a representation from the response letter my firm filed on February 9, 2024. ECF No. 230.

Defendant Wright requests a March 12, 2024, deadline to file his moving papers.

Defendant Salzman also requested that I notify the Court that he objects to the contents and proposal in the February 9, 2024, letter. In support of his objection, he relies on his letter filed with the Court on February 10, 2024, through the pro se clerk.

Respectfully submitted,

*/s/ Scott Simpson*
Scott Simpson

cc: All parties (via electronic mail)