# MENKEN SIMPSON & ROZGER LLP

80 PINE STREET, 33RD FLOOR
NEW YORK, NEW YORK 10005

TELEPHONE: (212) 509-1616
FACSIMILE: (212) 509-8088
WWW.NYEMPLOYEELAW.COM

BRUCE E. MENKEN
SCOTT SIMPSON
JASON J. ROZGER △
BRENNA RABINOWITZ
RAYA F. SAKSOUK

△ ALSO ADMITTED NJ

ALAN SERRINS
OF COUNSEL

**VIA ECF**  April 2, 2024
Hon. Lee G. Dunst
Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Agudelo et. al. v. Recovco Mortgage Management LLC et. al.*
Case No. 22-cv-4004

Dear Magistrate Judge Dunst:

This law firm represents Plaintiffs in the above-captioned matter. We write, with the consent of Defendants Wright and Salzman,[1] to request a one-week extension of Plaintiffs' current April 5, 2024, deadline to file their Motion to Amend. Plaintiffs have been working diligently to prepare their Amended Complaint and accompanying motion, but coordinating among several different law firms to combine multiple class action lawsuits with various state claims necessitates this short extension.

The parties further agree that Defendant Wright will still have 14 days, and Defendant Salzman will have 30 days, from the filing of the newly amended Complaint to answer, file revised motions to dismiss, or ask the Court to consider their currently pending motions to have been submitted against the new Complaint.

Sincerely,
*/s/ Bruce Menken*
Bruce Menken
Menken Simpson & Rozger LLP
80 Pine Street, 33rd Floor
New York, New York 10005
(212) 509-1616
bmenken@nyemployeelaw.com

---

[1] Defendants Strauss and Recovco still have not complied with the Court's order to appear through counsel by March 8, 2024, and continue to ignore Plaintiffs' notifications of developments in this lawsuit. Plaintiffs therefore are not able to secure their consent to this request.