UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

# CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Lee G. Dunst<br>U.S. MAGISTRATE JUDGE<br>Deputy: Chelsea Tirado |
| **DATE:** | **June 11, 2024** |
| **TIME:** | **3:00PM** |
| **FORMAT:** | ☐ In Person  ☐ Video Conference  ☒ Telephone Conference |
| **DOCKET NUMBER(S):** | **22-CV-4004 (JMA)(LGD)** |
| **NAME OF CASE(S):** | Agudelo v. Recovco Mortgage Management LLC et al |
| **FOR PLAINTIFF(S):** | Bruce E. Menken |
| **FOR DEFENDANT(S):** | David R. Ehrlich; Michael Strauss, pro se; Elliot Salzman, pro se |
| **NEXT CONFERENCE(S):** | N/A |
| **FTR/COURT REPORTER:** | 3:08-3:38, via Zoom |

**RULINGS FROM STATUS CONFERENCE:**

Case called. Counsel for all sides present. Pro se defendant Elliot Salzman present. Pro se defendant Michael Strauss absent.

For the reasons stated on the record, the motion to amend the complaint at DE [239] is GRANTED. Plaintiff shall file his amended complaint by **6/14/2024**. Defendants shall submit pre-motion letters seeking to dismiss the new complaint, consistent with Judge Azrack's Individual Rules, by **6/28/2024**. The discovery stay (*see* 2/12/2024 Order) remains in place. The parties shall have fourteen (14) days from service of this Order to file written objections with Judge Azrack.

Plaintiff shall serve this Order on pro se Defendant Salzman, pro se Defendant Strauss, Defendant Recovco Mortgage Management LLC, and Defendant Sprout Mortgage LLC, and file evidence of service on ECF.

                                                                  SO ORDERED

                                                          /s/ Lee G. Dunst
                                                          LEE G. DUNST
                                                          United States Magistrate Judge