UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

NATHANIEL AGUDELO, HELEN OWENS, AMANDA COOPER, LORI STEWARD, MIKE SHIRDEL, JARED SAWYER, SCOTT HARVEY, and KAREN KELLEY, on behalf of themselves and others similarly situated,

    Plaintiffs, and Lead Plaintiffs for the Proposed Class,

-against-

RECOVCO MORTGAGE MANAGEMENT LLC, SPROUT MORTGAGE LLC, MICHAEL STRAUSS, CHRISTOPHER WRIGHT, SHEA PALLANTE, and ELLIOT SALZMAN,

    Defendants.

SUBSTITUTION OF COUNSEL

Docket No. 22-cv-4004
(JMA)(LGD)

IT IS HEREBY CONSENTED that Guercio & Guercio, LLP, 77 Conklin Street, Farmingdale, New York 11735, be substituted in the above-captioned action for Sokoloff Stern LLP, 179 Westbury Avenue, Carle Place, New York 11514 as attorneys of record for Defendant Shea Pallante.

Dated: Farmingdale, New York
       September __, 2024

SOKOLOFF STERN LLP
*Outgoing Attorneys for Defendant*

By: _____
179 Westbury Avenue
Carle Place, New York 11514
(516) 334-4500
File No. 200158

GUERCIO & GUERCIO, LLP
*Incoming Attorneys for Defendant*

By: _____
Adam I. Kleinberg
77 Conklin Street
Farmingdale, New York 11735
(516) 694-3000
File No. 200158

Shea Pallante
*Defendant*

By: _____
Shea Pallante