# MENKEN SIMPSON & ROZGER LLP

80 PINE STREET, 33RD FLOOR
NEW YORK, NEW YORK 10005

TELEPHONE: (212) 509-1616
FACSIMILE: (212) 509-8088
WWW.NYEMPLOYEELAW.COM

BRUCE E. MENKEN
SCOTT SIMPSON
JASON J. ROZGER ᴬ
BRENNA RABINOWITZ
RAYA F. SAKSOUK

ᴬ ALSO ADMITTED NJ

ALAN SERRINS
OF COUNSEL

**VIA ECF**  April 16, 2025
Hon. Lee G. Dunst
Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Agudelo et. al. v. Recovco Mortgage Management LLC et. al.*
Case No. 22-cv-4004

Dear Magistrate Judge Dunst:

This law firm represents Plaintiffs in the above-captioned matter. We write pursuant to your Honor's order of April 3, 2025, directing the parties to provide any supplemental legal authority and/or factual developments relating to the pending motions to dismiss, which were fully briefed as of October 31, 2025. Plaintiffs do not have any legal or factual updates relevant to the pending motions.

Sincerely,
*/s/ Bruce Menken*
Bruce Menken
Brenna Rabinowitz
Menken Simpson & Rozger LLP
80 Pine Street, 33rd Floor
New York, New York 10005
(212) 509-1616
bmenken@nyemployeelaw.com
brabinowitz@nyemployeelaw.com