BRUCE E. MENKEN
SCOTT SIMPSON
JASON J. ROZGER*
RAYA F. SAKSOUK
BRENNA RABINOWITZ^Δ
SAMUEL J. SALINGER



ALAN SERRINS
OF COUNSEL

*ALSO ADMITTED
IN NEW JERSEY

^Δ ALSO ADMITTED
IN PENNSYLVANIA

225 BROADWAY / SUITE 920 / NEW YORK, NY / 10007
(212) 509-1616
WWW.NYEMPLOYEELAW.COM

December 12, 2025

**Via ECF**
Hon. Lee G. Dunst, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Agudelo v. Recovco Mortgage Management LLC et al.,* No. 22 Civ. 4004

Dear Judge Dunst:

    This firm represents the Plaintiffs in the above matter and I write to provide a status report as requested by Your Honor on November 18, 2025.

    We have been working with California counsel and only heard their position on moving forward against the remaining Defendants two hours ago. In short we need more time to consult with our clients and assess the feasibility of going forward. The remaining Defendants have not retained counsel and thus there is no prejudice to them if Your Honor allows Plaintiffs until January 16, 2026 to provide an update concerning next steps in this litigation.

    We thank the Court for its consideration of this request.

    Respectfully submitted,

    */s/ Brenna Rabinowitz*
    Brenna Rabinowitz

    */s/ Bruce E. Menken*
    Bruce E. Menken