BRUCE E. MENKEN
SCOTT SIMPSON
JASON J. ROZGER*
RAYA F. SAKSOUK
BRENNA RABINOWITZ△
SAMUEL J. SALINGER

ALAN SERRINS
OF COUNSEL

*ALSO ADMITTED
IN NEW JERSEY

△ALSO ADMITTED
IN PENNSYLVANIA



225 BROADWAY / SUITE 920 / NEW YORK, NY / 10007
(212) 509-1616
WWW.NYEMPLOYEELAW.COM

January 15, 2026

**VIA ECF**
Hon. Lee G. Dunst
Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Agudelo et. al. v. Recovco Mortgage Management LLC et. al.*
Case No. 22-cv-4004

Dear Magistrate Judge Dunst:

This law firm represents Plaintiffs in the above-captioned matter. We write to notify the Court of Plaintiffs' intention to move for a default judgment against Defendant Michael Strauss on behalf of the named Plaintiffs and all opt-in Plaintiffs.

Plaintiffs respectfully request that the Court (1) grant them permission to amend the Complaint for the limited purpose of adding each of the opt-in Plaintiffs' claims, and (2) set a deadline of February 27, 2026, for Plaintiffs to file their Amended Complaint and default motion.

Sincerely,
*/s/ Brenna Rabinowitz*
Brenna Rabinowitz
Bruce Menken
Scott Simpson
Menken Simpson & Rozger LLP
80 Pine Street, 33rd Floor
New York, New York 10005
(212) 509-1616
bmenken@nyemployeelaw.com
brabinowitz@nyemployeelaw.com
ssimpson@nyemployeelaw.com