BRUCE E. MENKEN
SCOTT SIMPSON
JASON J. ROZGER*
RAYA F. SAKSOUK
BRENNA RABINOWITZᴬ
SAMUEL J. SALINGER

ALAN SERRINS
OF COUNSEL

*ALSO ADMITTED
IN NEW JERSEY

ᴬALSO ADMITTED
IN PENNSYLVANIA



80 PINE ST / 33ʳᴰ FLOOR / NEW YORK, NY / 10005
(212) 509-1616
WWW.NYEMPLOYEELAW.COM

February 11, 2026

**Via ECF**
Hon. Lee G. Dunst, U.S.M.J.
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 830
Central Islip, New York 11722

Re: *Agudelo v. Recovco Mortgage Management LLC et al.,* No. 22 Civ. 4004

Dear Judge Dunst:

     This firm represents the Plaintiffs in the above matter. Please accept the enclosed affidavit of service. We sincerely apologize for the delay in filing this affidavit of service due to an oversight by our firm.

     Respectfully submitted,

     */s/ Bruce E. Menken*
     Bruce E. Menken