UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X

NATHANIEL AGUDELO, et al,

                Plaintiffs,        Civ. Action 2:22-cv-04004(LGD)

      -against-

RECOVCO MORTGAGE MANAGEMENT, LLC
SPROUT MORTGAGE, LLC, MICHAEL STRAUSS,
CHRISTOPHER WRIGHT, and ELLIOT SALZMAN

                Defendants.
------------------------------------------------------X

## **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                             ) ss.:
COUNTY OF NEW YORK  )

       I, Edwin Gonzalez, of legal age and an employee of Menken Simpson & Rozger LLP, affirms the following under the penalties of perjury, that on February 10, 2026, I served a true and accurate copy of Joan M. Azrack Order denying without Prejudice DE [276] Motion for Leave to File dated January, 16, 2026 on Michael Strauss via USPS Certified Mail to :

Michael J. Strauss
367 Great Plains Road
Southampton, NY 11968

Michael J. Strauss
1 Short Path
Westhampton Beach, NY 11978

Michael J. Strauss
610 Park Avenue
New York, New York 10065

Michael J. Strauss
749 Edge of Woods Rd.
Water Mill, NY 11976

Michael J. Strauss
3667 120th S Ave
Wellington, FL 33414

Michael J. Strauss
c/o Smart Rate Mortgage, LLC
6428 Joliet Rd
Countryside, IL 60525

Michael J. Strauss
c/o Matthew B. Stein
Kasowitz Benson Torres LLP
1633 Broadway

Michael J. Strauss
c/o Investor Funding Corp.
4770 Baseline Road, Suite 200
Boulder, CO 80303


Dated: New York, New York
February 10, 2026

Sworn before me this
10th day of February, 2026

_____
Notary Public

JASON JEROME ROZGER
NOTARY PUBLIC-STATE OF NEW YORK
No. 02RO0017577
Qualified in Queens County
My Commission Expires 12-03-2027

_____
Edwin Gonzalez

**Menken Simpson & Rozger LLP**
225 Broadway Suite 920
New York, New York 10007

US POSTAGE (PITNEY BOWES)
ZIP 10007
02 7H
0006187434
$ 006.040
FEB 10 2026

FIRST-CLASS



CERTIFIED MAIL

9589 0710 5270 3212 5731 92
9589 0710 5270 3212 5732 08

Recovco Mortgage Management LLC
367 Great Plains Road
Southampton, NY 11968



Michael J. Strauss
1 Short Path
Westhampton Beach, NY 11978

FIRST-CLASS

US POSTAGE (PITNEY BOWES)
ZIP 10007
02 7H
0006187434
$ 006.040
FEB 10 2026

**Menken Simpson & Rozger LLP**
225 Broadway Suite 920
New York, New York 10007

**MSR** Menken Simpson & Rozger LLP
225 BROADWAY SUITE 920
NEW YORK, NEW YORK 10007

US POSTAGE PITNEY BOWES
ZIP 10007 $ 006.040
02 7H
0006187434  FEB 10 2026
FIRST-CLASS

CERTIFIED MAIL®

9589 0710 5270 3212 5732 22

9589 0710 5270 3212 5732 15

Michael J. Strauss
749 Edge of Woods Rd.
Water Mill, NY 11976

Michael J. Strauss
610 Park Avenue
New York, New York 10065

FIRST-CLASS

**MSR** Menken Simpson & Rozger LLP
225 BROADWAY SUITE 920
NEW YORK, NEW YORK 10007

US POSTAGE PITNEY BOWES
ZIP 10007 $ 006.040
02 7H
0006187434  FEB 10 2026

**Menken Simpson & Rozger LLP**
MSR
225 BROADWAY SUITE 920
NEW YORK, NEW YORK 10007

US POSTAGE PITNEY BOWES
ZIP 10007 $ 006.040
02 7H
0006187434 FEB 10 2026
FIRST-CLASS

CERTIFIED MAIL
9589 0710 5270 3212 5732 39



Michael J. Strauss
3667 120th S Ave
Wellington, FL 33414

---

Michael J. Strauss
c/o Smart Rate Mortgage, LLC
6428 Joliet Rd
Countryside, IL 60525

**Menken Simpson & Rozger LLP**
MSR
225 BROADWAY SUITE 920
NEW YORK, NEW YORK 10007

FIRST-CLASS
US POSTAGE PITNEY BOWES
ZIP 10007 $ 006.040
02 7H
0006187434 FEB 10 2026

**Menken Simpson & Rozger LLP**
225 BROADWAY SUITE 920
NEW YORK, NEW YORK 10007

US POSTAGE PITNEY BOWES
ZIP 10007
02 7H
0006187434
$ 006.04°
FEB 10 2026
FIRST-CLASS

CERTIFIED MAIL

9589 0710 5270 3212 5732 53

Michael J. Strauss
c/o Investor Funding Corp.
4770 Baseline Road, Suite 200
Boulder, CO 80303

Michael J. Strauss
c/o Matthew B. Stein
Kasowitz Benson Torres LLP
1633 Broadway
New York, NY 10019

**Menken Simpson & Rozger LLP**
225 BROADWAY SUITE 920
NEW YORK, NEW YORK 10007

US POSTAGE PITNEY BOWES
ZIP 10007
02 7H
0006187434
$ 006.04°
FEB 10 2026
FIRST CLASS