

BRUCE E. MENKEN
SCOTT SIMPSON
JASON J. ROZGER*
RAYA F. SAKSOUK
BRENNA RABINOWITZ^
SAMUEL J. SALINGER

ALAN SERRINS
OF COUNSEL

*ALSO ADMITTED
IN NEW JERSEY

^ALSO ADMITTED
IN PENNSYLVANIA

225 BROADWAY / SUITE 920 / NEW YORK, NY / 10007
(212) 509-1616
WWW.NYEMPLOYEELAW.COM

<u>Via ECF</u>  March 6, 2026
Hon. Lee G. Dunst
Magistrate Judge
United States District Court
Eastern District of New York

Re: <u>*Agudelo v. Recovco Mortgage Management LLC et al.,* No. 22 Civ. 4004</u>

Dear Magistrate Judge Dunst:

Plaintiffs write in response to your Honor's order of January 16, 2026. After careful consideration and research, Plaintiffs have determined that it is in the best interests of the proposed FLSA collective and judicial efficiency to voluntarily dismiss this action. Filings in the related bankruptcy case of *In re Sprout Mortgage LLC*, Chapter 11, Case No. 23-72433-reg, have shown that Defendant Strauss has essentially no assets of any value that Plaintiffs would be able to reach even if they were able to secure a default motion against Strauss in this case.

Therefore, Plaintiffs intend to submit to Judge Azrack within 30 days a pre-motion conference letter seeking permission to move for voluntary dismissal under FRCP 41(a)(2). Given that over 150 individuals have filed consents to join this action and are therefore considered parties to this case,[1] Plaintiffs will seek Judge Azrack's permission to establish a notice period during which opt-in Plaintiffs will be notified of Plaintiffs' intent to dismiss this action and given time to secure counsel to pursue their own claims if they wish.

Respectfully submitted,
*Brenna Rabinowitz*
Brenna Rabinowitz
Bruce Menken
Scott Simpson
Menken Simpson & Rozger LLP
80 Pine Street, 33rd Floor
New York, NY 10005
(212) 509-1616
brabinowitz@nyemployeelaw.com

cc: All counsel (by ECF)

---

[1] *See Scott v. Chipotle Mexican Grill, Inc.*, No. 12-CV-08333 ALC SN, 2014 WL 4852063, at *3 (S.D.N.Y. Sept. 29, 2014) ("Once the employee opts in, an attorney-client relationship is created with class counsel.").